908

No. 85–5357. BROWN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 85–5363. GILLIS v. ORR, SECRETARY OF THE UNITED STATES AIR FORCE. C. A. 4th Cir. Certiorari denied.

No. 85–5364. DAVIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–5369. BLANDON-GAVIRIA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–5377. STAPLES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–5382. WALLACE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85–5383. LAZARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–5390. REVELS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–5391. BRISBON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 85–5396. POINTER v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 85–5407. FAULISI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–5410. VEATCH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–5416. HARRELSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–5420. MARSHALL ET AL. v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 85–5423. SWAIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–5429. SWEENEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.